AUSA Jeffrey Perconte

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
AUG 29 2008
AUG 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. **08CR 684** |
| v. | ) | |
| | ) | Magistrate Judge Nan R. Nolan |
| MARK CHRISTIAN HILL | ) | |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, MICHAEL D. SCHULTE, personally appearing before United States Magistrate Judge NAN R. NOLAN and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that MARK CHRISTIAN HILL (hereinafter "Hill"), has been charged with a violation of supervised release in the Western District of Kentucky.

I have been informed through official channels that a warrant for the arrest of Hill has been issued for the alleged violation of supervised release. A copy of the arrest warrant is attached.

_____
MICHAEL D. SCHULTE
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 29th day of August, 2008.

_____
NAN R. NOLAN
United States Magistrate Judge

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of KENTUCKY (FORT CAMPBELL)

UNITED STATES OF AMERICA

V.

MARK CHRISTIAN HILL

**WARRANT FOR ARREST**

Case Number: 5:95MJ-308-K

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARK CHRISTIAN HILL__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☒ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

ORIGINAL CHARGES: Count 1: Theft of Government Property; Count 3: Unlawful Imprisonment in the Second Degree; Count 5: Resisting Arrest;

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

W. DAVID KING
Name of Issuing Officer

UNITES STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

7-25-08
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*NCIC