Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 684 - All | **DATE** | 08/29/08 |
| **CASE TITLE** | USA vs. Mark Christian Hill | | |

**DOCKET ENTRY TEXT**

**Initial appearance proceedings held.** Defendant Mark Christian Hill appears in response to arrest on 08/29/08. Defendant informed of his rights. Enter order appointing Camille M. Knight from the Federal Defender Program/Panel as counsel for defendant for initial appearance only. **Removal proceedings held.** Defendant waives identity hearing; the Court finds that the defendant Mark Christian Hill is the person named in the arrest warrant. Order defendant removed in custody to the Western District of Kentucky (Fort Campbell) forthwith.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|